UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHRISTIAN LOVGREN and GINA CUNEO, on behalf of the State of California, as private attorneys general,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ENLOE MEDICAL CENTER, a California Corporation; and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | No. 2:24-cv-1133 WBS DMC<br><br>ORDER RELATING CASES |
| CHRISTIAN LOVGREN and GINA CUNEO, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ENLOE MEDICAL CENTER, a California Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. 2:24-cv-1134 DMC |

1

1                         ----oo0oo----

2            Examination of the above-entitled actions reveals that
3   they are related within the meaning of Local Rule 123(a), because
4   the cases involve the same parties and raise similar claims.
5   Accordingly, the assignment of the matters to the same judge is
6   likely to effect a substantial saving of judicial effort and is
7   also likely to be convenient for the parties.

8            The parties should be aware that relating the cases
9   under Local Rule 123 merely has the result that both actions are
10  assigned to the same judge; no consolidation of the actions is
11  effected.  Under the regular practice of this court, related
12  cases are generally assigned to the judge and magistrate judge to
13  whom the first filed action was assigned.

14           IT IS THEREFORE ORDERED that the actions denominated
15  Lovgren v. Enloe Medical Center, 2:24-cv-1133 WBS DMC, and
16  Lovgren v. Enloe Medical Center, 2:24-cv-1134 DMC, be, and the
17  same hereby are, deemed related.  The case denominated Lovgren v.
18  Enloe Medical Center, 2:24-cv-1134 DMC, shall be reassigned to
19  Judge WILLIAM B. SHUBB and Judge DENNIS M. COTA.  Any dates
20  currently set in the reassigned case only are hereby VACATED.
21  Henceforth, the captions on documents filed in the reassigned
22  case shall be shown as Lovgren v. Enloe Medical Center, 2:24-cv-
23  1134 WBS DMC.

24           IT IS FURTHER ORDERED that the Clerk of the Court make
25  an appropriate adjustment in the assignment of cases to
26  compensate for this reassignment.

27  Dated:  April 24, 2024

                                WILLIAM B. SHUBB
28                              UNITED STATES DISTRICT JUDGE

                                    2