**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar # 068687)
norm@bamlaw.cam
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
Jeffrey S. Herman (State Bar #280058)
jeffrey@bamlawca.com
Sergio J. Puche (State Bar #289437)
sergiojulian@bamlawca.com
Trevor G. Moran (State Bar #330394)
trevor@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232
Firm Website: http://www.bamlawca.com

Attorneys for Plaintiffs

[*Additional Counsel on Following Page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LOVGREN and GINA CUNEO, on behalf of the State of California, as private attorneys general,<br><br>Plaintiffs,<br><br>v.<br><br>ENLOE MEDICAL CENTER, a California; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:24-cv-01133-WBS-DMC<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT AND TO STAY CASE PENDING MEDIATION**<br><br>Judge:      Hon. William B. Shubb<br>Courtroom: 5, 14th Floor |

1

1  Barbara A. Blackburn, Bar No. 253731
   bblackburn@littler.com
2  Douglas L. Ropel. Bar No. 300486
   dropel@littler.com
3  Lauren J. Orozco, Bar No. 332880
   lorozco@littler.com
4  LITTLER MENDELSON, P.C.
5  500 Capitol Mall, Suite 2000
   Sacramento, California 95814
6  Telephone: 916.830.7200
7  Fax No.:    916.561.0828

8  Attorneys for Defendant

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT AND TO STAY CASE PENDING MEDIATION**

4857-5172-2436.1 / 054681-1067

Plaintiffs CHRISTIAN LOVGREN and GINA CUNEO ("Plaintiffs") and Defendant ENLOE MEDICAL CENTER ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 16, 2024, Plaintiffs filed and served their Notice of Motion and Motion to Remand Case to State Court, which is set for hearing on June 24, 2024 (Dkt. 13);

WHEREAS, the Parties have agreed to participate in private mediation on January 21, 2025, with experienced wage and hour mediator Steven Serratore, which was his first available date that was mutually agreeable for the Parties;

WHEREAS, to prevent the Parties from incurring further, potentially unnecessary litigation expenses, and in the interests of judicial economy and the conservation of Party resources, the Parties agree that good cause exists to stay this action until after the mediation set for January 21, 2025;

WHEREAS, if mediation is cancelled by one or more Parties, the Parties will promptly notify the Court of the cancellation, the stay shall be lifted, and Defendant's Opposition to Plaintiffs' Motion to Remand Case to State Court will be due thirty (30) days after cancellation, with Plaintiffs' Reply to Defendant's Opposition due two (2) weeks thereafter; and

WHEREAS, the Parties met and conferred regarding the setting of a briefing schedule for Plaintiffs' Motion to Remand Case to State Court, and the Parties have agreed on the following briefing schedule:

- The hearing on Plaintiffs' Motion to Remand Case to State Court to be continued from June 24, 2024, to March 24, 2025;
- Defendant's opposition deadline to be continued to February 4, 2025; and
- Plaintiffs' reply deadline to be continued to February 11, 2025.

NOW, THEREFORE, based upon the foregoing, the Parties, by and through

3

JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT AND TO STAY CASE PENDING MEDIATION

4857-5172-2436.1 / 054681-1067

their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. The above recitals are an integral part of and provide the foundation for this stipulation;

2. This matter is stayed, including all deadlines associated therewith, until after the completion of the mediation in this case;

3. If mediation is cancelled by one or more Parties, the Parties will promptly notify the Court of the cancellation, the stay shall be lifted, and Defendant's Opposition to Plaintiffs' Motion to Remand Case to State Court will be due thirty (30) days after cancellation, with Plaintiffs' Reply to Defendant's Opposition due two (2) weeks thereafter; and

4. The briefing schedule for Plaintiffs' Motion to Remand Case to State Court is as follows:

   a. The hearing on Plaintiffs' Motion to Remand Case to State Court to be continued from June 24, 2024, to March 24, 2025;

   b. Defendant's opposition deadline to be continued to February 4, 2025; and

   c. Plaintiffs' reply deadline to be continued to February 11, 2025.

**IT IS SO STIPULATED.**

[*Signatures of Following Page*]

4

**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT AND TO STAY CASE PENDING MEDIATION**

4857-5172-2436.1 / 054681-1067

**LITTLER MENDELSON, P.C.**

Dated: May 30, 2024

By: */s/ Douglas L. Ropel*
    Barbara Blackburn
    Douglas L. Ropel

    Attorney for Defendant
    ENLOE MEDICAL CENTER

**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**

Dated: May 31, 2024

By: */s/ Jeffrey S. Herman* (Authorized on 5/31/2024)
    Jeffrey S. Herman
    Sergio Julian Puche
    Trevor G. Moran

    Attorney for Plaintiffs
    CHRISTIAN LOVGREN and GINA CUNEO

5

**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT AND TO STAY CASE PENDING MEDIATION**

4857-5172-2436.1 / 054681-1067

## ORDER

By stipulation of the Parties, and for good cause shown, the Court hereby Orders as follows:

1. This above-captioned action is stayed, including all deadlines associated therewith, until after the completion of the mediation in this case;

2. This matter is stayed, including all deadlines associated therewith, until after the completion of the mediation in this case;

3. The August 12, 2024 Scheduling Conference is **vacated**;

4. If mediation is cancelled by one or more Parties, the Parties will promptly notify the Court of the cancellation, the stay shall be lifted, and Defendant's Opposition to Plaintiffs' Motion to Remand Case to State Court will be due thirty (30) days after cancellation, with Plaintiffs' Reply to Defendant's Opposition due two (2) weeks thereafter; and

5. The briefing schedule for Plaintiffs' Motion to Remand Case to State Court is as follows:

    a. The hearing on Plaintiffs' Motion to Remand Case to State Court to be continued from June 24, 2024, to **March 31, 2025 at 1:30pm**;

    b. Defendant's opposition deadline to be continued to **February 4, 2025**; and

    c. Plaintiffs' reply deadline to be continued to **February 11, 2025**.

**IT IS SO ORDERED.**

Dated: June 3, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT AND TO STAY CASE PENDING MEDIATION

4857-5172-2436.1 / 054681-1067