1  **BLUMENTHAL NORDREHAUG**
   **BHOWMIK DE BLOUW LLP**
2  Norman B. Blumenthal (State Bar # 068687)
3  norm@bamlaw.cam
   Kyle R. Nordrehaug (State Bar #205975)
4  kyle@bamlawca.com
5  Aparajit Bhowmik (State Bar #248066)
   aj@bamlawca.com
6  Jeffrey S. Herman (State Bar #280058)
7  jeffrey@bamlawca.com
   Sergio J. Puche (State Bar #289437)
8  sergiojulian@bamlawca.com
9  Trevor G. Moran (State Bar #330394)
   trevor@bamlawca.com
10 2255 Calle Clara
11 La Jolla, CA 92037
   Telephone: (858) 551-1223
12 Facsimile: (858) 551-1232
13
14 Attorneys for Plaintiffs
15 [*Additional Counsel on Following Page*]
16
17            **UNITED STATES DISTRICT COURT**
18            **EASTERN DISTRICT OF CALIFORNIA**

19 | CHRISTIAN LOVGREN and GINA CUNEO, on behalf of the State of California, as private attorneys general, | Case No. 2:24-cv-01133-WBS-DMC |
20 
21 Plaintiffs,

22 v.

23 ENLOE MEDICAL CENTER, a California; and Does 1 through 50, Inclusive,
24 
25 Defendants.

Case No. 2:24-cv-01133-WBS-DMC

**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT; ORDER**

Judge:        Hon. William B. Shubb
Courtroom:  5, 14th Floor

26
27
28                                                     1

**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT: ORDER**

4857-5172-2436.1 / 054681-1067

1  | Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
2  | Douglas L. Ropel. Bar No. 300486
dropel@littler.com
3  | Lauren J. Orozco, Bar No. 332880
lorozco@littler.com
4  | LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
5  | Sacramento, California 95814
Telephone:  916.830.7200
6  | Fax No.:     916.561.0828
7  |
8  | Attorney for Defendant
ENLOE MEDICAL CENTER
9  |
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT: ORDER**

4857-5172-2436.1 / 054681-1067

1    Plaintiffs CHRISTIAN LOVGREN and GINA CUNEO ("Plaintiffs") and

2  Defendant ENLOE MEDICAL CENTER ("Defendant") (collectively the "Parties"),

3  by and through their respective counsel of record, hereby stipulate and agree as

4  follows:

5    WHEREAS, on May 16, 2024, Plaintiffs filed and served their Notice of

6  Motion and Motion to Remand Case to State Court, which is set for hearing on

7  March 31, 2025 (Dkt. 15);

8    WHEREAS, the Parties settled the case after a private mediation on January

9  21, 2025, with experienced wage and hour mediator Steven Serratore; and

10    WHEREAS, to prevent the Parties from incurring further potentially

11  unnecessary litigation expenses while they finalize the Parties' settlement, and in the

12  interests of judicial economy and the conservation of Party resources, the Parties

13  agree that good cause exists to further continue the briefing schedule for Plaintiffs'

14  Motion to Remand Case to State Court:

15        • The hearing on Plaintiffs' Motion to Remand Case to State Court to be

16          continued from March 31, 2025, to April 28, 2025;

17        • Defendant's opposition deadline to be continued to March 4, 2025; and

18        • Plaintiffs' reply deadline to be continued to March 11, 2025.

19    NOW, THEREFORE, based upon the foregoing, the Parties, by and through

20  their respective undersigned counsel of record, hereby stipulate and agree as

21  follows:

22    1.    The above recitals are an integral part of and provide the foundation for

23  this stipulation;

24    2.    The briefing schedule for Plaintiffs' Motion to Remand Case to State

25  Court is as follows:

26        a.    The hearing on Plaintiffs' Motion to Remand Case to State Court

27          to be continued from March 31, 2025, to April 28, 2025;

28

3

**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT: ORDER**

4857-5172-2436.1 / 054681-1067

1

       b.     Defendant's opposition deadline to be continued to March 4,

2

2025; and

3

       c.     Plaintiffs' reply deadline to be continued to March 11, 2025.

4

**IT IS SO STIPULATED.**

5

6

Dated:  February 4, 2025

7

                **BLUMENTHAL NORDREHAUG BHOWMIK
DE BLOUW LLP**

8

9

                By: */s/ Sergio Julian Puche* (Authorized on 2/4/2025)

10

                    Jeffrey S. Herman
                    Sergio Julian Puche

11

                    Trevor G. Moran

12

                    Attorney for Plaintiffs

13

                    CHRISTIAN LOVGREN and GINA CUNEO

14

Dated:  February 4, 2025

15

                **LITTLER MENDELSON, P.C.**

16

                By: */s/ Barbara A. Blackburn*

17

                    Barbara Blackburn
                    Douglas L. Ropel

18

                    Lauren J. Orozco

19

                    Attorney for Defendant

20

                    ENLOE MEDICAL CENTER

21

22

23

24

25

26

27

28

4

1

2

## <u>ORDER</u>

3

By stipulation of the Parties, and for good cause shown, the Court hereby

4

Orders as follows:

5

1.      The briefing schedule for Plaintiffs' Motion to Remand Case to State

6

Court is as follows:

7

   a.      The hearing on Plaintiffs' Motion to Remand Case to State Court

8

     to be continued from March 31, 2025, to **April 28, 2025 at**

9

     **1:30 p.m.**;

10

   b.      Defendant's opposition deadline to be continued to **March 4,**

11

     **2025**; and

12

   c.      Plaintiffs' reply deadline to be continued to **March 11, 2025**.

13

14

**IT IS SO ORDERED.**

15

Dated:  February 4, 2025

16

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

5

**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT: ORDER**

4857-5172-2436.1 / 054681-1067