**BLUMENTHAL NORDREHAUG**
**BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar # 068687)
norm@bamlaw.cam
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
Jeffrey S. Herman (State Bar #280058)
jeffrey@bamlawca.com
Sergio J. Puche (State Bar #289437)
sergiojulian@bamlawca.com
Trevor G. Moran (State Bar #330394)
trevor@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

[*Additional Counsel on Following Page*]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LOVGREN and GINA CUNEO, on behalf of the State of California, as a private attorney general,<br><br>Plaintiffs,<br><br>v.<br><br>ENLOE MEDICAL CENTER, a California; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:24-cv-01133-WBS-DMC<br><br>[PAGA Action]<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT;**<br><br>**STIPULATION TO VACATE HEARING DATES/DEADLINES;**<br><br>**ORDER**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th Floor |

1

**JOINT NOTICE OF CONDITIONAL SETTLEMENT; AND STIPULATION TO VACATE HEARING DATES/DEADLINES; ORDER**

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
Douglas L. Ropel. Bar No. 300486
dropel@littler.com
Lauren J. Orozco, Bar No. 332880
lorozco@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.:   916.561.0828

Attorney for Defendant
ENLOE MEDICAL CENTER

Plaintiffs Christian Lovgren and Gina Cuneo ("Plaintiffs") and Defendant Enloe Medical Center ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby notify the Court that the Parties Class reached a settlement in the above-entitled PAGA Action, along with the related Class Action, Case No. 2:24-cv-01134-WBS-DMC, which is conditioned on the Court's approval.

Further, pursuant to the terms of the Parties' settlement, the parties hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed this PAGA Representative Action complaint on February 12, 2024, Butte County Court Case No. 24CV00490, which was removed to Eastern District of California, Case No. 2:24-cv-01133-WBS-DMC. (the "*Lovegren* PAGA Action");

WHEREAS, Plaintiffs filed a separate Class Action complaint on January 18, 2024, Butte County Court Case No. 24CV00200, which was removed to Eastern District of California, Case No. 2:24-cv01134-WBS-DMC. (the "*Lovegren* Class Action");

WHEREAS, the Parties settled the case after a private medication on January 21, 2025, with experienced wage and hour mediator Steven Serratore, which resulted in a global settlement of the *Lovegren* Class Action and the *Lovegren* PAGA Action;

WHEREAS, the Parties agree that all pending hearing dates and deadlines, including, but not limited to, Plaintiffs' Motion to Remand, shall be vacated;

WHEREAS, pursuant to the Parties' executed Memorandum of Understanding ("MOU"), the Parties agree, subject to Court approval, to: (1) remand the *Lovegren* Class Action to the Butte County Superior Court: (2) file a First Amended Class and Representative Action Complaint ("FAC") in the *Lovegren* Class Action to include the PAGA claims from the *Lovegren* PAGA

3

**JOINT NOTICE OF CONDITIONAL SETTLEMENT; AND STIPULATION TO VACATE HEARING DATES/DEADLINES; ORDER**

Action; (3) dismiss the *Lovegren* PAGA Action without prejudice (once the FAC is filed in the *Lovegren* Class Action);  and (4) seek approval in State Court; and

WHEREAS, pursuant to the Parties' MOU, the Parties further agree if the Butte Couty Superior Court in the  *Lovegren* Class Action does not grant final approval of the settlement and enter judgement, the Parties agree that the status quo before settlement of the *Lovegren* Class Action and *Lovegren* PAGA Action claims is restored. At Defendant's option, the action will be returned to the Eastern District of California, and Plaintiffs will not challenge the removal on timeliness grounds. However, Plaintiffs, at their option, can re-file a remand motion on other grounds.

NOW, THEREFORE, based upon the foregoing, the Parties, by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. The above recitals are in an integral part of and provide the foundation for this stipulation;

2. All hearing dates and deadlines in the *Lovegren* PAGA Action shall be vacated;

Dated: March 04, 2025        **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**

By: /s/ *Jeffey S. Herman* (Authorized on 3/4/2025)
    Jeffrey S. Herman
    Trevor G. Moran
    Attorney for Plaintiffs

Dated:  March 04, 2025        **LITTLER MENDELSON, P.C.**

By: */s/ Barbara A. Blackburn* (Authorized on 3/4/2025)
    Barbara A. Blackburn
    Douglas L. Ropel
    Attorney for Defendant

4

**JOINT NOTICE OF CONDITIONAL SETTLEMENT; AND STIPULATION TO VACATE HEARING DATES/DEADLINES; ORDER**

## ORDER

By stipulation of the Parties, and for good cause shown, the Court hereby Orders as follows:

1. All hearing dates and deadlines in the *Lovegren* PAGA Action shall be vacated.

**IT IS SO ORDERED.**

Dated: March 10, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE