**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar # 068687)
norm@bamlaw.cam
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
Jeffrey S. Herman (State Bar #280058)
jeffrey@bamlawca.com
Sergio J. Puche (State Bar #289437)
sergiojulian@bamlawca.com
Trevor G. Moran (State Bar #330394)
trevor@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
Douglas L. Ropel. Bar No. 300486
dropel@littler.com
Lauren J. Orozco, Bar No. 332880
lorozco@littler.com
**LITTLER MENDELSON, P.C.**
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.:    916.561.0828

Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN LOVGREN and GINA CUNEO, on behalf of the State of California, as a private attorney general,<br><br>Plaintiffs,<br><br>v.<br><br>ENLOE MEDICAL CENTER, a California; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:24-cv-01133-WBS-DMC<br><br>[PAGA Action]<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge:      Hon. William B. Shubb<br>Courtroom: 5, 14th Floor |

1

1  Plaintiffs CHRISTIAN LOVGREN and GINA CUNEO and Defendant
2 ENLOE MEDICAL CENTER, by and through their counsel of record, hereby
3 stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that
4 this entire case be dismissed without prejudice. Each side is to bear their own
5 respective fees and costs.

Dated: May 19, 2025   **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**

By: /s/ Trevor G. Moran
   Jeffrey S. Herman
   Trevor G. Moran
   Attorney for Plaintiffs

Dated: May 19, 2025   **LITTLER MENDELSON, P.C.**

By: */s/* Douglas L. Ropel
   Barbara A. Blackburn
   Douglas L. Ropel
   Attorney for Defendant

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action is dismissed without prejudice. Each side is to bear their own respective fees and costs.

Dated: May 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE